UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| CHRISTIAN EDUARDO LIMON *et al.* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:24-cv-113 |
| | § | |
| CITY OF LAREDO *et al.* | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On November 27, 2024, the Court referred a show cause hearing to United States Magistrate Judge Christopher dos Santos to determine whether: (1) attorney Eduardo Jimenez should be sanctioned for his lack of candor to the tribunal; and (2) the falsehoods in Mr. Jimenez's *pro hac vice* motion warranted denial of the motion (Dkt. No. 37 at 2). Judge dos Santos conducted the hearing on December 11, 2024 (Min. Ent. Dec. 11, 2024). In his report and recommendation, Judge dos Santos recommends: (1) Mr. Jimenez should not be sanctioned because his conduct did not amount to bad faith, nor was his false representation intentionally offered to the Court; and (2) his motion to appear *pro hac vice* on Defendants' behalf should be denied (Dkt. No. 43 at 7–9). The fourteen-day objection period has lapsed, and no party objected to these recommendations.

Pursuant to Federal Rule of Civil Procedure 72(b), the Court reviewed the report and recommendation for plain error. *CGI Logistics, LLC v. Fast Logistik*, No. 5:23-CV-43, 2023 WL 8313341, at *2 (S.D. Tex. Dec. 1, 2023) (Garcia Marmolejo, J.) (citing *United States v. Soto*, 734 F. App'x 258, 259 (5th Cir. 2018)). Finding none, the Court hereby **ADOPTS IN WHOLE** Judge dos Santos's report and recommendation (Dkt. No. 43).

Accordingly, Mr. Jimenez will not be sanctioned for his lack of candor to the tribunal. His motion to appear *pro hac vice* on Defendants' behalf is **DENIED** (Dkt. No. 35). Mr. Jimenez's notice of withdrawal is **DENIED AS MOOT** (Dkt. No. 39).

It is so **ORDERED**.

**SIGNED** February 5, 2025.

_____
Marina Garcia Marmolejo
United States District Judge